IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00018-RMR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

OSCAR DURON-DE LUNA,
   a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz, Tomas
   Duron-De Luna, Oscar Duron Munos, Saul Muranda, and Juan Gonzalez-Solis,

   Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 6, 2021, in the State and District of Colorado, the defendant, OSCAR DURON-DE LUNA, a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz, Tomas Duron-De Luna, Oscar Duron Munos, Saul Muranda, and Juan Gonzalez-Solis, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about April 14, 2021, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

By:   s/Valeria Spencer
Valeria Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  valeria.spencer@usdoj.gov
Attorney for Government