AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>OSCAR DURON-DE LUNA,<br>a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz, Tomas Duron-De Luna, Oscar Duron Munos, Saul Muranda, and Juan Gonzalez-Solis,<br>*Defendant* | Case No. 22-cr-00018-RMR |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* OSCAR DURON-DE LUNA, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1) in violation of Illegal Re-entry After Deportation

Date: 01/06/2022

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*