IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00018-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        **OSCAR DURON-DE LUNA,**
        a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz,
        Tomas Duron-De Luna, Oscar Duron Munos, Saul Muranda, and
        Juan Gonzalez-Solis,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 7th day of February, 2022.

                                COLE FINEGAN
                                United States Attorney

By:    *s/Albert Buchman*
        ALBERT BUCHMAN
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Al.buchman@usdoj.gov

1

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Stephanie Price*
    Legal Assistant
    United States Attorney's Office