IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00018-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

OSCAR DURON-DE LUNA,

      Defendant.

---

**NOTICE OF APPEARANCE**

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Oscar Duron-De Luna.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      /s/ Matthew K. Belcher
      MATTHEW K. BELCHER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  Matthew_Belcher@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on February 11, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert Buchman, Assistant U.S. Attorney
    Email:  al.buchman@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna
    via mail


    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    Office of the Federal Public Defender