AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 FEB 16  AM 9:01

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR DURON-DE LUNA,<br>a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal,<br>Eduardo Diaz, Tomas Duron-De Luna, Oscar Duron<br>Munos, Saul Muranda, and Juan Gonzalez-Solis,<br><br>*Defendant* | )<br>)<br>)  Case No.   22-cr-00018-RMR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   OSCAR DURON-DE LUNA,                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1) in violation of Illegal Re-entry After Deportation

Date:    01/06/2022                                                                                                    s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado                                                                          Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/6/22  , and the person was arrested on *(date)*  2/11/22<br>at *(city and state)*  _____ .<br><br>Date:   2/11/22                                                                                _____<br>*Arresting officer's signature*<br><br>                                                                                                  N Mastley                DUSM<br>*Printed name and title* |