IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00018-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSCAR DURON-DE LUNA,

       Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

Defendant, Oscar Duron-De Luna, through undersigned counsel, notifies this Court that a disposition has been reached in his case with the government.

Undersigned counsel, along with the Government, requests that the Court continue the Change of Plea Hearing set for April 26, 2022, at 10:00 a.m. and that the parties be allowed to contact chambers to reset the Change of Plea Hearing.

    Respectfully Submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    <u>/s/ Matthew K. Belcher</u>
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    Fax: (303) 294-1192
    Email:  Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on April 22, 2022, I electronically filed the foregoing *Notice of Disposition and Motion to Continue Change of Plea Hearing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

and I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna
    via mail

                                       /s/ Matthew K. Belcher
                                       MATTHEW K. BELCHER
                                       Assistant Federal Public Defender
                                       Office of the Federal Public Defender