IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 22-CR-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR DURON-DELUNA,

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL
---

To: The clerk of court and all parties of record I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 9th day of June, 2022.

                United States Attorney
                Cole Finegan

By:   *s/ Brian Dunn*
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Fax: 303-454-0405
       Email: Brian.Dunn@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this this 9th day of June, 2022, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                       By: *s/ Deana Ambrosen*
                                              Legal Assistant
                                              United States Attorney's Office