IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00018-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OSCAR DURON-DE LUNA,

        Defendant.

---

### DEFENDANT'S MOTION TO WITHDRAW NOTICE OF DISPOSITION

---

Defendant, Oscar Duron-De Luna, through undersigned counsel, respectfully requests that the Court allow him to withdraw the Notice of Disposition [Doc. #16] filed on April 22, 2022. In support thereof, Mr. Duron-De Luna would show as follows:

1. On January 6, 2022, Mr. Duron-De Luna was charged in a one-count Indictment with Illegal Re-entry After Deportation, in violation of Title 8 U.S.C. § 1326(a), (b)(1).

2. On February 11, 2022, Mr. Duron-De Luna was arrested and made his initial appearance in federal court.

3. On April 22, 2022, Mr. Duron-De Luna, through undersigned counsel, filed a Notice of Disposition with the Court based on a plea agreement reached by the parties.

4. Subsequently, the Court scheduled a Change of Plea Hearing for June 1, 2022.

5. Prior to the June 1, 2022, Change of Plea Hearing, the parties discovered information that potentially and drastically altered the parties' estimation of the applicable guidelines range. Given this new information, the parties requested that the Court continue the June 1, 2022 Change of Plea Hearing.

6. The Court obliged and reset a Change of Plea Hearing for June 14, 2022, at 1:00 p.m.

7. The new information that had been provided by the government concerned a 2009 conviction that undersigned counsel had previously determined was too old to count for both criminal history purposes and for specific offense characteristic enhancements under § 2L1.2(b)(2). The new information changed that analysis and, in so doing, drastically changed undersigned counsel's estimate of the guideline range applicable here. Originally, undersigned counsel believed the guidelines range to be 46 to 57 months. After a review of the newly discovered information, the guidelines range abruptly shot up to well above the statutory maximum sentence of 120 months (130 to 162 months).

8. Undersigned counsel reviewed this new information with Mr. Duron-De Luna during a scheduled legal visit on June 7, 2022, at the Federal Detention Center. Given the extreme change in the estimated guidelines range, which essentially recommends a statutory maximum sentence of imprisonment, Mr. Duron-De Luna informed undersigned counsel of his desire to withdraw his Notice of Disposition and, instead, pursue a dispositive pretrial motion that he refrained from pursuing given the original plea agreement and guidelines estimate provided by undersigned counsel.

9. Accordingly, Mr. Duron-De Luna requests that the Court grant him leave to withdraw his Notice of Disposition and, instead, set a pretrial motions deadline. Given the parties' calculation that only three days remain on the Speedy Trial Clock,[1] undersigned counsel requests

---

[1] Initial Appearance occurred on February 11, 2022. Accordingly, 70 days from February 12, 2022, would have been April 25, 2022. The Notice of Disposition was filed on April 22, 2022, leaving three days on the Speedy Trial Clock.

that the pretrial motions deadline be set for June 15, 2022. Undersigned counsel will be prepared to file the pretrial motion, thus tolling Speedy Trial once again.

10. If the Court denies the dispositive motion, it is Mr. Duron-De Luna's intent to plead guilty to the one-count Indictment without the benefit of a Plea Agreement with the government.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I certify that on June 13, 2022, I electronically filed the foregoing ***Defendant's Motion to Withdraw Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Albert Buchman, Assistant U.S. Attorney
  Email:  al.buchman@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

  Oscar Duron-De Luna
  via mail

            */s/ Matthew K. Belcher*
            MATTHEW K. BELCHER
            Assistant Federal Public Defender
            Office of the Federal Public Defender