IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00018-RMR

UNITED STATES OF AMERICA

v.

OSCAR DURON-DE LUNA,

    Defendant.

---

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

---

    Oscar Duron-De Luna, through undersigned counsel, moves this Court to allow him to exceed the fifteen-page limit for his "Motion to Dismiss the Indictment" by an additional fifty-one pages, for a total of sixty-six pages (excluding the certificate of service). In support of this request, counsel states:

    1.    This Court's practice standards call for motions not to exceed fifteen pages, excluding the certificate of service. The Court will grant a motion to exceed the page limitation upon a "showing of good cause." That motion must also "indicate the number of pages of the proposed document and the reason why the additional pages are necessary."

    2.    Mr. Duron-De Luna's Motion to Dismiss the Indictment is sixty-six pages (excluding the certificate of service). In that motion, the defense is requesting the Court to dismiss the Indictment, Doc. # 1, charging a violation of 8 U.S.C. § 1326(a) because that statute was enacted with a discriminatory purpose and, therefore, violates Mr. Duron-De Luna's Constitutional right to equal protection under the law and is

presumptively unconstitutional. *See Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977).

3. Good cause is demonstrated throughout the motion. The facts, law, and arguments contained therein are critical to the effective representation of Mr. Duron-De Luna and the protection of his right to due process. The motion sets forth facts and legal analysis that are crucial for the Court's ability to rule on the motion. For example, the defense is relying on almost one hundred years of relevant legislative history relating to the enactment, and reenactment, of § 1326.

4. To adequately convey the legal basis for the dismissal – including an analysis of the five *Arlington Heights* factors – requires a significant amount of relevant information that must be provided to the Court in order to rule on the motion. As a result, undersigned counsel requires an additional fifty-one pages to adequately convey the basis for dismissal.

5. Further, the issues raised in the Motion to Dismiss the Indictment have not yet been ruled on by the Tenth Circuit Court of Appeals. Accordingly, undersigned counsel needs the opportunity to get his full facts and argument before the Court to make a record, in the event either party appeals the Court's decision.

6. Counsel needs an additional fifty-one pages to adequately provide the Court with the facts, law, and argument for it to rule on the issues raised in the Motion to Dismiss the Indictment and to create an adequate record in the event a party appeals the Court's eventual order.

7. After consulting with the government, they are unopposed to this request.

Wherefore, counsel for Mr. Duron-De Luna respectfully requests permission to exceed the Court's fifteen-page limit by fifty-one pages – for a total of sixty-six pages (excluding the certificate of service) – for the Motion to Dismiss to Indictment.

Respectfully submitted this 14th day of June, 2022.

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Matthew K. Belcher*
        MATTHEW K. BELCHER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Email: Matthew_Belcher@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2022, I electronically filed the foregoing ***Oscar Duron-De Luna's Motion To Dismiss The Indictment*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

    Albert Buchman, Assistant U.S. Attorney
    Email: al.buchman@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna via  U.S. Mail


    *s/ Matthew K. Belcher*
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant