*UNITED STATES v. DURON-DE LUNA*

United States District Court
District of Colorado

Case No. 22-cr-00018-RMR

**Exhibit S**

**Declaration of Lisa Tarasyuk
in Support of Defendant's Motion to Dismiss**



GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Email:            Gabriela_Bischof@fd.org

Counsel for Defendant Tzun-Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS TZUN-MAGANA,<br><br>Defendant. | **Case No.:** CR 21–306 EMC<br><br>**DECLARATION OF LISA TARASYUK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**Court:**            Courtroom 5, 17th Floor<br>**Hearing Date:**   March 30, 2022<br>**Hearing Time:**   2:30 p.m. |

I, Lisa Tarasyuk, declare the following:

1. I am employed as a paralegal at the Federal Public Defender's Office in San Francisco. I have been employed in this position since August of 2019. Prior to my employment with the office, I graduated from the University of California, Berkeley with a Bachelor's Degree in economics, rhetoric, and pure mathematics. During my time at Berkeley, I completed coursework in statistics and econometrics covering topics such as sampling, data collection, regression analysis, and robustness checks.

2. The United States Sentencing Commission ("USSC") makes public raw data including information on race, citizenship, counts of convictions, date sentenced, and judicial district.

3. Prior to use of their data, I reviewed the following USSC documents:

   a. "Effective Use of Federal Sentencing Data"[1]

   b. "USSC Variable Codebook FY1999-FY2020"[2]

   c. The Office of Research and Data's six "Research Notes"[3]

4. On April 23rd, 2021, I added the FY2020 publicly available data file to the USSC dataset created by our office.[4]

5. I analyzed this dataset using the statistical program "R" to limit it to those sentenced since January of 2005,[5] for cases with known court findings, who had non-missing data for race, non-missing data for country of citizenship,[6] sentenced under §2L1.2, and convicted for at least one count of 8 U.S.C §1326, Nationwide, at the Northern Border, and at the Southern Border Districts.[7] I used the following specifications:

|   | Variable Specification | Characteristic |
|---|---|---|
| a. | SOURCES = 1 | Only cases with information representing known court findings included; |
| b. | SENTYR ≥ 2006 OR {SENTYR=2005 AND SENTMON ≠ 1} | Defendant sentenced after January 2005; |
| c. | GDLINEHI = 2L1.2 | Chapter 2 Guideline §2L1.2 applied and controlling; |
| d. | At least one of {NWSTAT1,…,NWSTAT8} contained the characters "1326" | At least one count of conviction was for violating 8 U.S.C. §1326; |
| e. | CITWHERE ≠ NA | Defendant had non-missing citizenship information; |
| f. | NEWRACE = {1,2,3, 6} | Race of defendant is White, Black, Hispanic, or Other; |
| g. | DISTRICT = {0, 2, 6, 9, 10, 15, 45, 64, 68, 76, 77, 80, 81, or 95} | Defendant sentenced in any Northern Border District: Maine, New Hampshire, New York North, New York West, Vermont, Pennsylvania West, Michigan East, Minnesota, North Dakota, Idaho, Montana, Washington East, Washington West, or Alaska. |
| h. | DISTRICT = {41, 42, 70, 74, 84} | Defendant sentenced in any Southern Border District: Texas South, Texas West, Arizona, California South, or New Mexico. |

---

[1] https://www.ussc.gov/sites/default/files/pdf/research-and-publications/datafiles/20131122-ACS-Presentation.pdf
[2] https://www.ussc.gov/sites/default/files/pdf/research-and-publications/datafiles/USSC_Public_Release_Codebook_FY99_FY20.pdf
[3] https://www.ussc.gov/research/datafiles/research-notes
[4] https://www.ussc.gov/research/datafiles/commission-datafiles
[5] Namely, after the date *United States v. Booker*, 543 U.S. 220 (2005) was decided.
[6] These exclusions assume consistency in missing information across race and country of citizenship.
[7] Northern Border Districts share a land boundary with Canada; Southern Border Districts with Mexico.

TARASYUK DECL.
*TZUN-MAGANA*, CR 21–306 EMC

6. I then hand-grouped countries indicated by the USSC citizenship variable into two regions designated as "Latin America"[8] and "Europe, UK, and Canada."[9]

7. I used "R" to calculate the following statistics:

Table 1: Post-*Booker* Cases Nationwide, Sentenced under §2L1.2, with at least one §1326 Count

|  | N[10] | %N |
|---|---|---|
| Entire Group | 249,946 | 100% |
| Latin America | 248,578 | 99.45% |
| Europe, UK, Canada | 674 | 0.27% |
| Hispanic | 241,560 | 96.64% |
| Black | 2,052 | 0.82% |
| White | 6,149 | 2.46% |
| Other | 185 | 0.07% |

Table 2: Post-*Booker* Northern Border Cases, Sentenced under §2L1.2, with at least one §1326 Count

|  | N | %N |
|---|---|---|
| Entire Group | 7,491 | 100% |
| Latin America | 7,109 | 94.9% |
| Europe, UK, Canada | 271 | 3.62% |
| Hispanic | 6,957 | 92.87% |
| White | 307 | 4.1% |
| Other | 61 | 0.81% |
| Black | 166 | 2.22% |

Table 3: Post-*Booker* Southern Border Cases, Sentenced under §2L1.2, with at least one §1326 Count

|  | N | %N |
|---|---|---|
| Entire Group | 188,196 | 100% |
| Latin America | 187,723 | 99.75% |
| Europe, UK, Canada | 169 | 0.09% |
| Hispanic | 183,270 | 97.38% |
| Black | 215 | 0.11% |
| White | 4,670 | 2.48% |
| Other | 41 | 0.02% |

---

[8] "Latin America" includes Antigua and Barbuda, Argentina, Bahamas, Barbados, Belize, Bermuda, Bolivia, Brazil, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Grenada, Guatemala, Guyana, Haiti, Honduras, Jamaica, Mexico, Montserrat, Nicaragua, Panama, Paraguay, Peru, Saint Lucia, Saint Vincent and the Grenadines, St Kitts Nevis, Suriname, Trinidad and Tobago, Uruguay, Venezuela.

[9] "Europe, UK, and Canada" includes Albania, Andorra, Australia, Austria, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Canada, Croatia, Czech Republic, Denmark, Estonia, Finland, France, Germany, Great Britain, Greece, Hungary, Iceland, Ireland, Italy, Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Ukraine, Yugoslavia.

[10] N reflects total number of cases; %N reflects the percentage of the total number of cases for a given subgroup.

TARASYUK DECL.
*TZUN-MAGANA*, CR 21–306 EMC

3

8. I then used "R" to calculate the following statistics examining race over time:

Table 4: Post-*Booker* Cases Nationally, Sentenced under §2L1.2, with at least one §1326 Count

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|
| Hispanic | 95.41% | 96.08% | 95.87% | 95.12% | 94.18% | 91.96% | 93.8% | 93.27% |
| Black | 1.99% | 1.5% | 1.63% | 0.96% | 1.04% | 1.22% | 0.92% | 0.76% |
| White | 2.41% | 2.31% | 2.33% | 3.77% | 4.69% | 6.71% | 5.22% | 5.92% |
| Other | 0.19% | 0.11% | 0.18% | 0.15% | 0.1% | 0.11% | 0.05% | 0.04% |
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020[11] |
| Hispanic | 98.39% | 98.64% | 98.85% | 98.7% | 98.83% | 99% | 99.01% | 99.11% |
| Black | 1% | 0.6% | 0.59% | 0.63% | 0.65% | 0.32% | 0.29% | 0.25% |
| White | 0.57% | 0.69% | 0.5% | 0.6% | 0.49% | 0.65% | 0.65% | 0.6% |
| Other | 0.04% | 0.06% | 0.06% | 0.06% | 0.04% | 0.04% | 0.04% | 0.04% |

Graph 1: Share of Post-*Booker* Cases Nationally, Sentenced under §2L1.2, with at least one §1326 Count Involving Hispanic Defendants, 2005-2020



---

[11] The USSC produces datasets in fiscal years; 2020 is limited to cases sentenced on or before September 30, 2020.

9. Using the statistics presented in Table A2-1 from the Department of Homeland Security's "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2015–January 2018,"[12] I calculated the following frequencies:

Table 5: DHS Unauthorized Immigrant Population Estimates, 2011-2018

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|
| Total | 11510000 | 11430000 | 11210000 | 11460000 | 11440000 | 11750000 | 11410000 | 11390000 |
| Mexico | 59.08% | 58.79% | 57.54% | 56.28% | 54.2% | 50.81% | 51.36% | 47.59% |
| El Salvador | 5.73% | 6.04% | 6.16% | 5.85% | 6.29% | 6.38% | 6.57% | 6.41% |
| Guatemala | 4.52% | 4.9% | 5.26% | 5.41% | 5.24% | 5.19% | 5.35% | 5.44% |
| India | 2.09% | 2.27% | 2.85% | 3.4% | 3.93% | 4.77% | 4.29% | 4.74% |
| Honduras | 3.3% | 3.15% | 3.48% | 3.4% | 3.67% | 3.66% | 4.38% | 3.95% |
| China | 2.43% | 1.84% | 1.69% | 2.01% | 2.8% | 3.57% | 3.59% | 3.6% |
| Philippines | 2.35% | 2.71% | 3.03% | 2.88% | 3.06% | 3.49% | 2.63% | 3.25% |
| Columbia | 1.13% | 1.14% | 1.43% | 1.13% | 1.14% | 1.19% | 1.14% | 1.84% |
| Brazil | 1.3% | 1.14% | 0.98% | 0.96% | 0.87% | 0.94% | 1.31% | 1.76% |
| Venezuela | 0.43% | 0.52% | 0.45% | 0.35% | 0.7% | 0.85% | 1.05% | 1.67% |
| All Other[13] | 17.64% | 17.59% | 17.13% | 18.24% | 18.18% | 19.23% | 18.32% | 19.84% |

10. I then used "R" to examine the above countries in the USSC data, calculating the following frequencies using the citizenship variable:

Table 6: Citizenship Nationally, Sentenced under §2L1.2, with at least one §1326 Count, 2011-2018

| Year | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|
| Total | 20292 | 18376 | 17258 | 15928 | 15508 | 15498 | 15634 | 19049 |
| Mexico | 85.07% | 83.38% | 82.27% | 81.99% | 81.69% | 79.76% | 76.57% | 74.49% |
| El Salvador | 3.47% | 3.74% | 4.15% | 4.09% | 3.97% | 4.48% | 4.75% | 4.29% |
| Guatemala | 2.89% | 3.25% | 3.85% | 4.41% | 4.76% | 5.42% | 6.99% | 10.11% |
| India | 0.01% | 0.01% | - | - | - | - | 0.01% | 0.01% |
| Honduras | 4.68% | 6.27% | 6.26% | 5.97% | 6.06% | 6.23% | 7.91% | 8.38% |
| China | - | - | 0.01% | 0.01% | 0.01% | 0.02% | 0.01% | 0.02% |
| Philippines | 0.005% | - | - | - | - | - | - | - |
| Brazil | 0.13% | 0.12% | 0.12% | 0.08% | 0.27% | 0.52% | 0.39% | 0.38% |
| Venezuela | 0.04% | 0.03% | 0.02% | 0.03% | 0.02% | 0.02% | 0.03% | 0.02% |
| All Other | 3.7% | 3.21% | 3.32% | 3.43% | 3.22% | 3.55% | 3.35% | 2.3% |

---

[12] https://www.dhs.gov/sites/default/files/publications/immigration-statistics/Pop_Estimate/UnauthImmigrant/unauthorized_immigrant_population_estimates_2015_-_2018.pdf

[13] "All other" countries cannot be confirmed to be the same exact set of countries in the DHS and USSC data, since DHS does not specify which countries fall into "All Other" in their analysis.

TARASYUK DECL.
*TZUN-MAGANA*, CR 21–306 EMC

5

1   I declare under the penalty of perjury that the foregoing is true and correct.

2   Executed on January 26, 2022, in San Francisco, California.

     _____
     LISA TARASYUK

TARASYUK DECL.
*TZUN-MAGANA*, CR 21–306 EMC

6