IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 22-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR DURON-DELUNA,
    a/k/a Oscar Duron,
    a/k/a Oscar de Luna,
    a/k/a Carlos Carbajal,
    a/k/a Eduardo Diaz,
    a/k/a Tomas Duron-De Luna,
    a/k/a Oscar Duron Munos,
    a/k/a Saul Muranda,
    a/k/a Juan Gonzalez-Solis,

    Defendant.

## UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

The United States, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, respectfully requests the Court allow the government to exceed the fifteen-page limit for its Response to Defendant's Motion to Dismiss the Indictment ("Defendant's Motion"). ECF No. 25. Specifically, the government requests leave to file a response not to exceed 50 pages.

The Court's practice standards call for responses to not exceed fifteen pages. RMR Practice Standards III(C)(1). Defendant's "Unopposed Motion for Leave to File Excess Pages," ECF No. 23, was recently granted, allowing Defendant leave to file up to 66 pages in his motion. ECF No. 24. Defendant subsequently filed a 66-page Motion to Dismiss the Indictment, *Id.* No. 25.

The government's response is due on June 29, 2022. *See Id.* No. 22. In order to adequately respond to Defendant's Motion, which contains many multi-faceted arguments, the government requests the Court grant its request and allow its response to be 50 pages. A significant amount of information including statutory and legislative analysis and relevant case law discussion must be provided by the government to the Court for it to rule on Defendant's Motion.

The fifteen-page limit set for responses to more standard motions is appropriate. The Defendant's Motion is not standard; it is a 66-page filing that includes hundreds of pages of attachments, which the government is required to address in the body of its response. Defendant's Motion seeks to dismiss the indictment on constitutional grounds, asserting equal protection violations. This is a complex issue with far-reaching ramifications. The government believes it has established exceptional circumstances to justify additional pages to fully flesh out its response.

The government has conferred with defense counsel, who does not oppose this motion.

//

//

//

//

//

Wherefore, the government respectfully requests permission to exceed the Court's fifteen-page limit, for a total of 50 pages.

Dated this 22nd day of June, 2022.

<div style="margin-left: 40%;">

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: /s/ *Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0203
Fax: (303) 454-0405
E-mail: al.buchman@usdoj.gov
Attorney for the United States

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
STEPHANIE PRICE
LEGAL ASSISTANT