Courts are denying the claims for various reasons: some are agreeing with the government that rational basis review applies and find that Section 1326 clears that hurdle, some are finding that *Arlington Heights* applies but find that defendants have not established animus in the challenged action (the 1952 Act as amended, not the 1929 Act). Whatever the basis, with one exception, all have denied the claim. *United States v. Ramirez-Aleman*, 2022 WL 1271139, *3 (S.D. Cal. April 27, 2022) ("Only one court has found the argument persuasive . . . *Carrillo-Lopez*").

<u>Courts that have ruled on the constitutionality of § 1326 (all denials, except *Carrillo-Lopez*)</u>
*United States v. Palacios-Arias*, No. 3:20-cr-62 (E.D. Va. October 13, 2020);
*United States v. Chac-Chon*, No. 3:20-cr-61 (E.D. Va. November 10, 2020);
*United States v. Medina Zepeda*, No. 2:20-cr-57 (C.D. Cal. January 5, 2021);
*United States v. Navarrete-Castro,* No. 3:19-cr-2717 (C.D. Cal. Jan 6, 2021);
*United States v. Barcenas-Rumualdo*, 20-cr-1849 (May 7, 2021);
*United States v. Gutierrez-Barba*, 2021 WL 2138801 (D. Ariz. May 25, 2021);
*United States v. Wence*, 2021 WL 2463567 (D.V.I. June 16, 2021);
*United States v. Machic-Xiap*, 552 F. Supp.3d 1055 (D. Ore. Aug. 3, 2021);
*United States v. Suquilanda*, 2021 WL 3500868 (S.D.N.Y. Aug. 9, 2021);
**United States v. Novondo-Ceballos*, 2021 WL 3570229 (D.N.M. Aug. 12, 2021);
*United States v. Zavala-Sanchez*, No. 21-cr-334-001 (D. Ariz. Sep. 16, 2021);
*United States v. Bernal*, 21-cr-01817 (S.D. Cal. Sep. 20, 2021);
*United States v. Orozco-Orozco*, 21-cr-02349 (S.D. Cal. Sep. 20, 2021);
*United States v. Sanchez-Rodriguez*, 21-cr-02351 (S.D. Cal. Sep. 20, 2021);
*United States v. Rodriguez,* No. 1:21-cr-179, (E.D. Va. Oct. 6, 2021);
*United States v. Suquilanda*, No. 21-cr-263, 2021 WL 4895956 (S.D.N.Y. Oct 20, 2021);
*United States v. Flores*, No. 1:21-cr-168, (E.D. Va. Oct. 27, 2021);
*United States v. Samuels-Baldayaquez*, 2021 WL 5166488 (N.D. Ohio Nov. 5, 2021);
**United States v. Amador-Bonilla*, 2021 WL 5349103 (W.D. Okla. Nov. 16, 2021);
*United States v. Rivera-Sereno*, 2021 WL 5630728 (S.D. Ohio Dec. 5, 2021);
**United States v. Sanchez-Felix*, 21-cr-00310-PAB, 2021 WL 6125407 (D. Colo. Dec. 28, 2021);
**United States v. Mauricio-Morales*, 2022 WL 99996 (W.D. Okla. Jan. 10, 2022);
*United States v. Hernandez-Lopez* 2022 WL 313774 (S.D. Texas Feb. 2, 2022);
**United States v. Quintanilla-Dominguez*, 21-cr-406-RM, (D. Colo. Feb. 8, 2022);
*United States v. Ponce-Galvan*, 2022 WL 484990 (S.D. Cal. Feb. 16, 2022);
*United States v. Muñoz-De La O*, 2022 WL 508892 (E.D. Wash. Feb. 18, 2022);
*United States v. Cortez-Mendoza*, 2022 WL 706917 (E.D. Wash. Mar. 8, 2022);
*United States v. Muria-Palacios*, 2022 WL 956275 (E.D. Cal. Mar. 30, 2022);
**United States v. Gamez-Reyes*, 2022 WL 990717 (D. Colo. Mar. 31, 2022);
*Solorzano-Gonzalez v. United States*, 2022 WL 1527535 (S.D. Tex. Apr. 18, 2022);
*United States v. Ramirez-Aleman*, 2022 WL 1271139 (S.D. Cal. Apr. 27, 2022;)
*United States v. Portillo-Orosco*, 2022 WL 1432532 (E.D. Wash May 5, 2022);
*United States v. Porras*, 2022 WL 1444311 (N.D. Ill May 6, 2022);
*United States v. Rodriguez-Arevalo*, 2022 WL 1542151 (M.D. Penn. May 16, 2022);
*United States v. Calvillo-Diaz*, 2022 WL 1607525 (N.D. Ill. May 20, 2022);
*United States v. Salas-Silva*, 2022 WL 2119098 (D. Nev. June 13, 2022);
*United States v. Viveros-Chavez*, 2022 WL 2116598 (N.D. Ill June 13, 2022);
*United States v. Merlo-Espinal*, 2022 WL 2191192 (D. Ariz. June 17, 2022);
*United States v. Crespo-Castelan*, 2022 WL 2237574 (S.D.N.Y. June 22, 2022);
*United States v. Santos-Reynoso*, 2022 WL 2274470 (S.D.N.Y. June 23, 2022);
*United States v. Noe Felix Guadalupe*, 2022 WL 2276705 (E.D. Cal. June 23, 2022).

Denial of a motion to withdraw guilty plea, which sought withdrawal based on *Carrillo-Lopez*:
*United States v. Santiago Rodriguez-Pompa*, No. 5:21cr19 (N.D. FL. Oct. 12, 2021);
*Espinoza-Santos v. United States*, 2021 WL 4824106 (D. Hawai'i Oct. 15, 2021).

Denial of the same equal protection claim in the 8 U.S.C. § 1325 context:
*United States v. Gallegos-Aparicio*, 2020 WL 7318124 (S.D. Cal. Dec. 11, 2020);
*United States v. Rios-Montano*, 2020 WL 7226441 (S.D. Cal. Dec. 8, 2020);
*United States v. Morales-Roblero*, 3:19-mj-24442 (S.D. Cal. Sept. 14, 2020);
*United States v. Lucas-Hernandez*, 2020 WL 6161150 (S.D. Cal. Oct. 21, 2020);
*United States v. Lazcano-Neria*, 2020 WL 6363685 (S.D. Cal. Oct. 29, 2020);
*United States v. Lucas-Hernandez*, 2020 WL 6161150 (S.D. Cal. Oct. 21, 2020);
*United States v. Bernal-Sanchez*, 3:20-mj-20169-JLB, Dkt. No. 68 (S.D. Cal. Aug. 24, 2020);
*United States v. Ruiz-Rivera*, 2020 WL 5230519 (S.D. Cal. Sept. 2, 2020);.
*United States v. Lucas-Hernandez*, 2022 WL 1556161 (S.D. Cal. May 17, 2022);
*United States v. Zepeda-Rodriguez*, 2022 WL 1289691 (S.D. Cal. Apr. 29, 2022).


**\*** District Court decisions within the 10th Circuit.