IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:22-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR DURON-DE LUNA,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Jared Westbroek
JARED WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared.westbroek@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, AUSA
Email: Al.Buchman@usdoj.gov

Brian Dunn, AUSA
Email: Brian.Dunn@usdoj.gov

Valeria Spencer, AUSA
Email: Valeria.Spencer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Oscar Duron-De Luna          (via Mail)


s/Jared Westbroek
JARED WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared.westbroek@fd.org
Attorney for Defendant