GOVERNMENT

EXHIBIT 1

(CONVENTIONALLY FILED)