GOVERNMENT

EXHIBIT 2

(CONVENTIONALLY FILED)