# Exhibit 1

**From:** Matthew Belcher <Matthew_Belcher@fd.org>
**Sent:** Wednesday, June 8, 2022 5:08 PM
**To:** Rodriguez Chambers <Rodriguez_Chambers@cod.uscourts.gov>
**Cc:** Buchman, Al (USACO) <Al.Buchman@usdoj.gov>
**Subject:** Oscar Duron-De Luna, 22-CR-00018-RMR

Good afternoon,

I wanted to give the Court advanced notice that, after reviewing the new information that resulted in the continuance of the Change of Plea Hearing last week, my client wishes to withdraw his notice of disposition.  My plan is to file a formal motion with the Court this coming Monday.  The timing is due to parties' Speedy Trial calculation.  By our calculation, the original 70-day date was April 25, 2022 (70 days from his initial appearance on 2/11/2022).  I filed the Notice of Disposition on April 22, 2022, leaving only three days.  Once the Notice is withdrawn, my plan is to file a dispositive pretrial motion with the Court, which would toll Speedy Trial once again.  If the Court denies the motion, Mr. Duron-De Luna plans to plead guilty to the one-count Indictment without the benefit of a plea agreement.

Thanks,

Matthew Belcher
First Assistant Federal Public Defender
District of Colorado
633 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
matthew_belcher@fd.org