IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:22-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR DURON-DE LUNA,

    Defendant.

---

### MOTION TO WITHDRAW

---

The United States of America, by United States Attorney for the District of Colorado, through undersigned Brian Dunn, Assistant United States Attorney, hereby files its Motion to Withdraw AUSA Brian Dunn as counsel of record and requests termination of electronic service.  As grounds for this motion, the government states that AUSA Albert Buchman is counsel of record in this case and is receiving electronic notice.

    Dated this 14th day of October 2022.

                              Respectfully submitted,

                              Cole Finegan
                              United States Attorney

                              By:  s/ Brian Dunn
                              BRIAN DUNN
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              FAX: (303) 454-0401
                              E-mail:  Brian.Dunn@usdoj.gov
                              Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2022 I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: s/*Deana Ambrosen*
Deana Ambrosen
Legal Assistant
United States Attorney's Office