**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number 22-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    OSCAR DURON-DE LUNA,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT ECF 49**
_____

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

1

Respectfully submitted this 20th day of October, 2022.

                RESPECTFULLY SUBMITTED,

                COLE FINEGAN
                UNITED STATES ATTORNEY

By:   *s/ Albert Buchman*
       Albert Buchman
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       FAX: (303) 454-0406
       E-mail: al.buchman@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 20th day of October 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT ECF 49** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

       *s/ Lauren Timm*
Lauren Timm
Legal Assistant
U.S. Attorney's Office