IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    OSCAR DURON-DE LUNA

    Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document, the Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby at a "Level 2 Restriction" and will be "Viewable by Selected Parties & Court" only.

IT IS SO ORDERED on this _____ day of October 2022.

BY THE COURT:

THE HON. REGINA M. RODRIGUEZ
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO